NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**LEXMARK INTERNATIONAL, INC.,**
*Plaintiff-Cross-Appellant*

**v.**

**IMPRESSION PRODUCTS, INC.,**
*Defendant-Appellant*

**QUALITY CARTRIDGES, INC., JOHN DOES, 1-20, BLUE TRADING LLC, EXPRINT INTERNATIONAL, INC., LD PRODUCTS, INC., PRINTRONIC CORPORATION, TESEN DEVELOPMENT (HONG KONG) CO. LTD., BENIGNO ADEVA AND HIS COMPANIES,**
*Defendants*

_____

2014-1617, 2014-1619

_____

Appeals from the United States District Court for the Southern District of Ohio in No. 1:10-cv-00564-MRB, Judge Michael R. Barrett.

_____

**O R D E R**

_____

Oral argument en banc for this appeal is rescheduled for October 2, 2015 at 2:00 p.m. in courtroom 201.

FOR THE COURT

August 20, 2015
Date

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court